Lea Moon, appellee, v. George L. Comisky, appellant. Gen. No. 7,869.

Opinion filed August 8, 1928.

Kelly, Kelly & Kelly and Elmer E. Mohan, for appellant. Robert E. Larkin, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

Emma Simpson and Daisy Luce, appellees, v. Eunice Spackman, appellant. Gen. No. 7,800.

Opinion filed August 8, 1928.

Alexander J. Strom, for appellant. North, Linscott, Gibboney & North, for appellees.

Mr. Justice Jett delivered the opinion of the court.

Harry B. Wells and R. J. Champayne, trading as Wells Fender & Enameling Works, appellees, v. Camden Fire Insurance Association, appellant. Gen. No. 7,846.

Opinion filed August 8, 1928.

Welsh & Welsh, for appellant. Early & Early, for appellees.

Mr. Justice Jett delivered the opinion of the court.

M. L. Miller, trading as M. L. Miller Sales Company, appellant, v. Illinois Central Railroad Company, appellee. Gen. No. 7,871.

Opinion filed August 8, 1928.

Early & Early, for appellant. Vernon W. Foster and Welsh & Welsh, for appellee; W. S. Horton, of counsel.

Mr. Justice Jett delivered the opinion of the court.